BEATRICE CASTRO, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— In an action to recover damages for injuries sustained by plaintiff when she attempted to board defendant's subway train, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

CHARLES CAUTERO, Respondent, v. HILL ROAD REALTY Co., INC., Appellant.— Action to recover $1,800, balance of money on deposit as security under a lease. Order in so far as it denies defendant's motion to strike out three specified paragraphs of the complaint and to require the plaintiff to bring in as a party defendant a named corporation, modified by granting the motion so far as requiring the plaintiff to bring in as a party defendant the North Boulevard Auto Company, Inc., and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The defendant should be protected from the possibility of a later claim by the North Boulevard Auto Company, Inc., to the $1,800 deposit. Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

STANLEY CELMER and JOHN CELMER, Copartners, Doing Business as S. CELMER & SON, Respondents, v. FEINBOROUGH HOMES, INC., Appellant.— In an action on a bond, judgment in favor of the plaintiffs unanimously affirmed, with costs. On September 9, 1932, when the general release was given, there had been no default under the bond or mortgage. Consequently, the plaintiffs had at that time no right of action against the defendant on the bond. The right of action which arose subsequently was not discharged by the release. (Farnham v. Farnham, 204 App. Div. 573.) Present — Hagarty, Carswell, Davis, Adel and Close, JJ.